Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
Jason S. Pomerantz, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  blevine@pszjlaw.com
         acaine@pszjlaw.com
         jspomerantz@pszjlaw.com

*Counsel to Plaintiff Runway Liquidation, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10466 (SCC)<br><br>(Jointly Administered) |
| RUNWAY LIQUIDATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BRILLIO, LLC,<br><br>Defendant. | Adv. Proc. No. 19-01035 (SCC) |

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

Plaintiff, Runway Liquidation, LLC ("Plaintiff") and defendant, Brillio, LLC ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 26, 2019, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 27, 2019; and

WHEREAS, on March 8, 2019, Defendant was served with the Summons and Complaint;

The parties hereby stipulate and agree to the matters set forth below:

1. The time by which Defendant is required to answer the Complaint is extended through and including April 26, 2019.

2. Defendant does not challenge personal jurisdiction and waives any objection to service of process of the summons and complaint in this adversary proceeding.

| | |
|---|---|
| Dated: March 29, 2019 | Dated: March 29, 2019 |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Counsel to Plaintiff, Runway Liquidation, LLC | **WILSON SONSINI GOODRICH & ROSATI**<br>Counsel for Brillio, LLC |
| By: /s/ Beth E. Levine<br>    Beth E. Levine, Esq.<br>    Andrew W. Caine, Esq. (admitted *pro hac vice*)<br>    Jason S. Pomerantz, Esq. (admitted *pro hac vice*)<br>    780 Third Avenue, 34th Floor<br>    New York, NY 10017<br>    Tel.: (212) 561-7700<br>    Fax: (212) 561-7777<br>    Email: blevine@pszjlaw.com<br>           acaine@pszjlaw.com<br>           jspomerantz@pszjlaw.com | By: /s/ Melissa Siegel<br>    Melissa Siegel, Esq.<br>    1301 Avenue of the Americas, 40th Floor<br>    New York NY 10019<br>    Tel: (212) 497-7718<br>    Fax: (212) 999-5899<br>    Email: msiegel@wsgr.com |